UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR CARABALLO; EMILY RODRIGUEZ,<br><br>                    Plaintiffs,<br><br>            -against-<br><br>ALCIDES PASTILHA; COLLEEN REGAN,<br><br>                    Defendants. | 20-CV-10280 (PMH)<br><br>ORDER OF SERVICE |

PHILIP M. HALPERN, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Alcides Pastilha and Colleen Regan. Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiffs have consented to receive electronic service. (ECF 2.) The Clerk of Court is directed to mail an information package to Plaintiffs.

SO ORDERED.

Dated:   December 22, 2020
        White Plains, New York

_____
PHILIP M. HALPERN
United States District Judge